No. 6621. THERIAULT *v.* BLACKWELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 936. DADE COUNTY SCHOOL BOARD ET AL. *v.* PATE ET AL.; and

No. 6139. CORBETT ET AL. *v.* DADE COUNTY SCHOOL BOARD. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of these petitions. Reported below: 430 F. 2d 1175.

No. 982. ECKELS ET AL. *v.* ROSS ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted, judgment vacated, and case remanded for reconsideration in light of *Swann* v. *Charlotte-Mecklenburg Board of Education, ante,* p. 1, and its companion cases.

No. 1272. CALDWELL ET AL. *v.* CRAIGHEAD ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 1334. SILVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 1449. IPPOLITO *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1455. BALISTRIERI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.